FILED

04/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0187

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0187

---

STATE OF MONTANA,

  Plaintiff and Appellee,

v.

WESLEY SMITH,

  Defendant and Appellant.

---

**ORDER**

---

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including July 6, 2020, within which to prepare, serve, and file its response brief.

**JMK**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 28 2020